IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*All Cases Listed on Exhibit 1* | ) MDL DOCKET NO. 2974<br>)<br>) Case No. 1:20-md-02974-LMM<br>)<br>)<br>)<br>)<br>) |

### SCHEDULING ORDER ON DEFENDANTS' MOTION TO DISMISS

Plaintiffs' Leadership's omnibus response to Defendants' Motion to Dismiss, Dkt. No. [709], will be due no later than November 11, 2024.

Defendants' omnibus reply will be due no later than December 2, 2024.

If counsel for any individual Plaintiffs listed on **Exhibit 1** to the Motion to Dismiss chooses to file an individual response to Defendants' motion, a response may be filed on December 2, 2024.

Defendants may file individual replies to any individual responses filed by Plaintiffs no later than December 16, 2024.

**IT IS SO ORDERED** this 19th day of September 2024.

_____
**Leigh Martin May**
**United States District Judge**

1